**REDACTED**

AO 93C (08/13) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 23- 265M | Date and time warrant executed: June 15, 2023 at 1000 hours | Copy of warrant and inventory left with: at residence, ▮▮▮▮▮ Dover, DE |
|---|---|---|

Inventory made in the presence of:
Special Agent Jihad Kandil and Special Agent Charles Tyler

Inventory of the property taken and name(s) of any person(s) seized:

1- HD Blue Seadgate Hard Drive 1 TB, SN: NA055T7P

2- Samsung Tablet Grey 128 GB, SN: R52M504W96K

3. ASUS Laptop Computer Black/Grey SN: L8N0CV20U551359

*received via email 6/16/23*

**FILED**
JUN 16 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 15, 2023

/s/ Jihad Kandil
*Executing officer's signature*

Jihad Kandil, Special Agent
*Printed name and title*